UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

KEENAN

        Plaintiff,

  -v-                                                       ORDER OF DISMISSAL
                                                                  CV-03-710 (TCP)

MINE SAFETY APPLIANCE COMPANY

        Defendant.

---------------------------------------------------------X

        IT IS HEREBY ORDERED, having been advised by the parties on March 5, 2007 that the above case has settled, the case is dismissed. A stipulation of settlement should be forwarded to the Court as promptly as possible.

        The Clerk of the Court is directed to mark this case closed.

                                                                   /s/
                                                                  Thomas C. Platt
                                                                  U.S. District Judge

Dated: Central Islip, NY
          March 6, 2007